FILED
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Ray May, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 08 0455 |
| Michael Mukasey *et al.*, | ) ) ) |
| Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 12 day of March 2008,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

/s/ Rosemary M. Collyer
United States District Judge