UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRISTOPHER RAY MAY, )
)
Petitioner, )
)
v. ) Civil Action No. 08-0455
)
MICHAEL MUKASEY, et al., )
)
Respondents. )

### ORDER

Upon review of petitioner's Motion for Reconsideration or Transfer to Court of Federal Jurisdiction, which is construed as a motion to alter or amend filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, the Court finds no basis to grant the relief petitioner seeks.

Accordingly, it is hereby

ORDERED that petitioner's Motion for Reconsideration or Transfer to Court of Federal Jurisdiction [#5] is DENIED.

SO ORDERED.

_____
United States District Judge

DATE: 4/8/08